

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-79,016-03

### IN RE CHRISTOPHER RAY BARTEN, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1111900-C IN THE 232ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 232nd District Court of Harris County, that more than 180 days have elapsed, and that the application has not yet been forwarded to this Court. TEX. R. APP. P. 73.4(b)(5). Relator contends that he filed the writ application on February 13, 2014.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof that a timely order designating issues has been signed and 180

days have not elapsed since the district attorney's office was served, or stating that Relator has not filed an application for a writ of habeas corpus in Harris County. Should the response state that the deadlines have not passed, an order designating issues and proof of the date the district attorney's office was served with the habeas application shall be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: September 17, 2014
Do not publish